UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cr-80110-BLOOM/Torres

United States of America,

    Plaintiff,
v.

Jesus M. Alvarez,

    Defendant.
    _____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant Jesus M. Alvarez's Motion for Reconsideration re 346 Order on Motion for Miscellaneous Relief, ("Motion for Reconsideration") ECF No. [350], filed on December 7, 2023. The Court has carefully reviewed the Motion, , the record in this case, and is otherwise fully advised.

Defendant seeks the Court's reconsideration of its Order, ECF No. [346], in which it denied the Defendant's request for certain monies paid to the Clerk of Court. The Defendant now attaches to his Motion, as an exhibit, an order from the Honorable Daniel T.K. Hurley, dated November 5, 2015. In that order, Judge Hurley vacated the fine imposed in this case, finding that the Defendant no longer has the ability to pay a fine. See ECF No. [350-1]. The corresponding exhibit attached to the Defendant Motion, ECF No. 350-1, page 5, reflects that the Defendant paid a fine of $1,802.03 to the U.S. Courts, account code FLSAPA16612. As such, the Defendant is entitled to a refund based upon Judge Hurley's order.

It is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Reconsideration, **ECF No. [350],** is **GRANTED**.

Case No. 23-cv-23072-BLOOM/Torres

2. The Clerk of Court is directed to **REIMBURSE** Defendant Jesus M. Alvarez $1,802.03 pursuant to this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 18, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record